UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GUO XIN ZHENG,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>　　　　　　　Respondent. | Case No. 2:25-cv-02483-LK-TLF<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDERS |

Having considered the balance of the record, the Court finds and **ORDERS**:

(1) Because of the complex issues involved in this case, the Court finds the interests of justice require that Petitioner be appointed counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court **APPOINTS** the Federal Public Defender to consult with Petitioner, and -- subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate -- represent Petitioner in these proceedings.

(2) Further, **within 30 days of the date of this Order**, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to **FILE** an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A.

ORDER APPOINTING FEDERAL PUBLIC
DEFENDERS - 1

(3)   The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Lauren King.

Dated this 16th day of January, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC DEFENDERS - 2